# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of February, two thousand twenty-six.

Before:      Joseph F. Bianco,
           *Circuit Judge.*

_____

Scholastic Inc.,

      Plaintiff - Appellee,

  v.

St. Paul Fire and Marine Insurance Company,

      Defendant - Appellant.

_____

**ORDER**

Docket No. 25-2505

The parties move for leave to file their briefs under seal.

IT IS HEREBY ORDERED that the motion is GRANTED. The parties are reminded that they must file a redacted version on the docket within seven days of filing a sealed brief. <u>See</u> Local Rule 25.1(j)(2).

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court